[No. 7822–8–II.   Division Two.   April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
ROBERT KRALL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83–1–00056–1, Don L. McCulloch, J.,

entered March 16, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.